

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TOM BENSON D/B/A ACT FAST BAIL BONDS, | § | No. 08-17-00222-CR |
| | | Appeal from the |
| Appellant, | § | |
| | | County Court at Law No. 2 |
| v. | § | |
| | | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# 2017-CBF00945) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to render judgment effectuating the parties' agreement and concludes the motion should be granted. We therefore modify the judgment of the trial court by deleting the following language from the final sentence of the judgment: "$3,500.00 plus court costs, for all of which let execution issue," and replace it with the following language: "COURT COSTS plus INTEREST ON THE BOND OF $47.47, if any, for all of which let execution issue." The judgment is affirmed as modified.

We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2017.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.